**2:21-cv-01914-JAD-BNW**

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS078012
Cashier ID: ywilliam
Transaction Date: 10/25/2021
Payer Name: Yaminah Futch
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Yaminah Futch
 Case/Party: D-NVX-2-21-CV-001914-001
 Amount:         $402.00
----------------------------------
CASH
 Amt Tendered: $402.00
----------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

Case No. 2:21-cv-01914-JAD-BNW

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```



## Order

IT IS ORDERED that the Clerk of Court shall detach and separately file the complaint (ECF No. 2-1).

**IT IS SO ORDERED**

**DATED:** 3:50 pm, October 26, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**