Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
District of Nevada ▼

_____ Division

| | |
|---|---|
| Yaminah Sharee Futch ) | Case No. 2:21-cv-01914-JAD-BNW |
| ) | _(to be filled in by the Clerk's Office)_ |
| ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| Delmar Gardens Enterprise ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Yaminah Futch |
| Street Address | 9975 Peace Way Unit 1144 |
| City and County | Las Vegas |
| State and Zip Code | Nevada 89147 |
| Telephone Number | 314 550-3352 |
| E-mail Address | futch68@gmail.com |

    **B.   The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Delmar Gardens Enterprise |
| Job or Title (if known) | |
| Street Address | 4805 N Outer 40 Rd., Ste. 300 |
| City and County | Chesterfield |
| State and Zip Code | Missouri 63017 |
| Telephone Number | (636) 733-7000 |
| E-mail Address (if known) | www.delmargardens.com |

Defendant No. 2

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Delmar Gardens of Green Valley |
| Street Address | 100 Delmar Gardens Dr. |
| City and County | Henderson |
| State and Zip Code | NV 89074 |
| Telephone Number | (702) 361-6111 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [ ] Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
November 17, 2020

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [✓] race
- [✓] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Others outside my protected group had submitted resignations letters with no intent to remain with the company, requesting to move to a different position, and/or was offered different terms of employment than myself. The above includes resignations with the person(s) outside my protected group rescinding their resignation while being allowed to continue in their current position. Positions were not posted in the facility when they resigned prior to rescinding. My submission of change in status was due to the increase in retaliation and difference in workplace treatment compared to the others outside my protective group. Additional supporting facts of this claim is attached, including a copy of the charges filed with the EEOC. My workload has also has been noted to far exceeded any of my comparators in the same position prior or after I acquire the same position.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
11/17/2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 09/13/2021

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

It is understood that compensatory damages are difficult to obtain because most damages (non physical ones) are hard to prove, such as depression or worsening of any mental conditions. Therefore medical related documentation has been provided proving deterioration of diagnosis and the proof showing that the damage caused by the discriminatory & retailation, not by any family life or other non-work related stress in life, was determinal to my overall health and ability to complete my requires task per professional evaluation provided. The damages or other relief that I am requesting the court to order, including punitive damage, equals to the amount of 300,000 dollars. I was a loyal employee with 13 years of service working in Missouri for 9 years with a transfer to Nevada in 2016. To experience discrimination and retailation against me due to my race, color, gender, religion, national origin should never have been allowed in the workplace.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/13/2021

Signature of Plaintiff: *Yaminah Futch sa Published Author*

Printed Name of Plaintiff: Yaminah S Futch

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Yaminah S. Futch
9975 Peace Way Unit 1144
Henderson, NV 89074

From: Las Vegas Local Office
333 Las Vegas Blvd South
Suite 5560
Las Vegas, NV 89101

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 487-2021-00235 | Amy Nigro, Investigator | (702) 553-4464 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

FOR

Enclosures(s)

Michael L. Mendoza,
Local Office Director

*(Date Issued)*

cc:  Gabe Grossberg
President and CEO
100 Delmar Gardens
Henderson, NV 89074

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc:

November 11, 2020

Dear Delmar Gardens of Green Valley Staff,

I am writing to let you know that I have made a very difficult personal decision to resign from my position as the Administrator of Delmar Gardens of Green Valley. Please know that Delmar Gardens has been a huge part of my life since I was nineteen years old and this decision was probably the most difficult decision that I have ever made. I want to thank each and every one of you for all that you have done for me, for our residents and for this facility. Especially through these last eight months working alongside you as we have battled through this pandemic, I thank you for your loyalty, strength and dedication. I will never be able to communicate just how much I truly appreciate you.

I am excited to announce that Candy Dooling will be promoted to the position of Administrator. Candy's dedication to this facility over the last 15 years has prepared her for this next step and I am confident that this will be a very positive and smooth transition for all.

I am so very proud of the team at Delmar Gardens of Green Valley. Each and every one of you in every department play an integral role in the success of this team. Thank you again for all that you do. I wish you all the very best!

Love,
Michelle

## Yaminah Futch

**From:** Yaminah Futch
**Sent:** Monday, October 05, 2020 6:11 AM
**To:** Michelle Stenslie
**Subject:** Mandated COVID 19 Swabbing For ALL Administrator Nurses

On 10/1/2020 Thursday I came to your office after 9am to speak to you, you was not there. I called your extension later that day and the line was busy.

On 10/2/2020 Friday I called your extension before leaving for my scheduled Dr. Appointment and there was no answer. The reason for my urgent attempts to speak with you is to inform you that on September 29th 2020 from 1pm until 3pm and on September 30th 2020 from 8am to 10am the DON did not participate in the required Mandatory Nursing Administration participation of the COVID Testing Swabbing process. Per a counseling form the DON presented to me on 9/25/2020 in the presence of the HR Director; All Administrator Nurses are mandated/required to participate in the swabbing process weekly. I was unable to assist for one week of testing, in which the rational has already been explained in detail, prior to the 9/25/2020 counseling form I received. **The DON did not participate in this required mandated COVID 19 swabbing process for at least one day of the week** the week of September 27th through the October 3rd, 2020.

As encouraged I will continue to attempt several times to verbally speak with you 1st concern work related matters.

Thank you

*Yaminah Futch RN RAC-CT*
**MDS Coordinator**
*Delmar Gardens of Green Valley*
100 Delmar Gardens Drive
Henderson, NV 89074
Office: (702) 361-6111 Ext 203
Fax: (702) 361-2508
**yfutch@delmargardens.com**



CONFIDENTIALITY NOTICE: This message is intended only for the addressee(s). This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information. If you are not the intended recipient, please be advised that any disclosure, copying, distribution, or use of any of the information contained in or attached to this e-mail transmission is prohibited. If you have received this e-mail transmission in error, please immediately notify us by reply e-mail or via telephone at 702-361-6111, and delete this e-mail from your system. Thank you in advance for your cooperation.

10



## The Delmar Gardens Family

### Counseling Form

Date: 9/24/2020

Employee Name: YAMIDAH FUTCH

Department: Nursing (MDS)     DOH _____

When performance or behavioral issues arise, a counseling is used to help employees focus on the area of concern. The issue that lead to this counseling is as follows:

Failure to follow/assist supervisors with instructions/directions. This is specific to covid testing.

In order to achieve an acceptable level of performance the following change must take place:

encourage open communication and cooperation from all admin team members for facility & staff, best interest going forward. This yielded in a mutual goal & an integral part considered amongst the admin team.

As a manager, we will provide the following support, training, and/or coaching to help you achieve this goal:

communication & cooperation from administration team as to minimize any disruption from daily job duties as much as possible.

6

Services we provide suffer when we do not follow proper procedures or behave in an acceptable manner. The consequence of this is:

*Written write up.*

Supervisor Signature: _Theresa AWD.O.N_  9.24.2020
Date

Employee statement:

*Spoke c corp office yesterday about receiving assignment assistance. I have assisted c Covid-19. on last week from 6a-9a. I was asked to assist doing (assisting) & I told the DON that I could not assist due to the Quarter end of month MDS requirement. When I said this I did not expect this form in writing.*

Employee Signature: _Hutchen MDS Coordinator_  9/25/2020
Date

Every employee is valuable to our organization. Our standards are high as we are determined to give the best services possible to our residents and their families while providing a safe and welcoming environment for our staff.

Our goal is to make every staff member a productive and successful part of our family. If you have any questions about this counseling, or feel any additional training beyond what is listed will be helpful, please speak with me.

Administrator/Director Signature: _____
Date

7



**CAL PSYCHIATRIC SERVICES**

Akindele E. Kolade, MD
Board Certified Psychiatrist
Diplomat American Board of Psychiatry and Neurology

# Excuse Note for Work or School

Today's Date: 10/02/20

To whom it may concern,

Please be advised, FUTCH. YAMINAH (DOB 2/22/1976) was seen in our office on 10/02/2020.

The patient may be excused from work/school on the following date(s) 10/02/2020.

He/She may return to work/school on 10/03/2020 with the following conditions/restrictions:
N/A

If you have any questions regarding this matter, please contact our office at (702)629-7490.

Best Regards,

Akindele Kolade, MD
Board Certified in Child, Adolescent
& Adult Psychiatry/
Diplomate of the American Board
Of Addiction Medicine

3201 S Maryland Parkway ste. 318
Las Vegas, Nevada 89109
Phone (702)629-7490 • Fax (702)629-7685

8

## Yaminah Futch

**From:** Mariann Stone
**Sent:** Tuesday, October 27, 2020 6:34 AM
**To:** Yaminah Futch
**Subject:** RE: Falls

Yaminah,

Just so you are aware, Sherri Bowman is a prn MDS/Staff nurse for one of the facilities in St. Louis. I am assuming she is included in your email by mistake.

Kelley Sanchez is the Regional Nurse Specialist who replaced Pam. The email did not include her.

Let me know if there are questions.
Mariann

Mariann Stone
14805 N. Outer 40 Rd, Ste. 300
Chesterfield, MO 63017
636-733-7000 p   636-733-7010 f
mstone@delmargardens.com



THIS E-MAIL MAY CONTAIN PRIVILEGED AND/OR CONFIDENTIAL INFORMATION ONLY FOR THE USE OF THE ADDRESSEE. IF YOU ARE NOT THE ADDRESSEE, OR THE PERSON RESPONSIBLE FOR DISTRIBUTING IT TO THE PERSON ADDRESSED, YOU MAY NOT COPY OR DELIVER THIS TO ANYONE ELSE. IF YOU RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE 636-733-7000.

**From:** Yaminah Futch <YFutch@DelmarGardens.com>
**Sent:** Tuesday, October 27, 2020 8:29 AM
**To:** Sherer Newton <SNewton@DelmarGardens.com>
**Cc:** Mariann Stone <MStone@DelmarGardens.com>; Pam Manion <PManion@DelmarGardens.com>; Sherri Bowman <SBowman@DelmarGardens.com>; Michele Blunt <MBlunt@DelmarGardens.com>
**Subject:** FW: Falls

Per email I am reaching out to you directly. I have included our Regional MDS Specialists for clarifications as well. To be clear I have never been required to complete a John Hopkins Observation as an MDS Coordinator. The MDS Coordinator that was in this position prior to me was not required to complete a John Hopkins Observation. As discuss briefly in our last meeting when you visited this facility, this was suggested to be completed by the charge nurse when the fall occurs. Currently the ADON at this facility is responsible for closing the fall events after the allocated facility protocol time

1

# Yaminah Futch

**From:** Yaminah Futch
**Sent:** Tuesday, November 17, 2020 2:16 PM
**To:** Brian Wiekrykas
**Cc:** Mariann Stone; Michele Blunt; Kathy Gilmore
**Subject:** I did not resign!!!!!!!!!!!!!!!!

**I want you all to know that I did not resign!!!!!.** I was truly under the impression that I could work PRN as a MDS Coordinator because on the day I composed the letter I was informed that there was an ad on indeed for a PRN MDS Coordinator/Registered Nurse for a facility in Chesterfield, MO. I looked it up and there was such an ad, so I made the letter immediately. I have worked for Delmar Gardens Enterprise for 13 plus years and although I have never had to write a letter for the intent of being PRN, I never thought in a million years that meant I resigned. I expressed this to Nora yesterday. Yesterday she said that if I was to go PRN I will be a floor nurse and my pay would decrease. I stated the above and how I thought I could still be an employee for Delmar Gardens as a PRN MDS Coordinator and she said we do not do that here (prn are MDS). I said ok I did not know so please disregard the letter for now. This morning Candy and Trenae came and spoke with me about the letter to receive better clarification. After we talked I asked for a week to truly know what I wanted to do because I did not know I could not work as a PRN MDS Coordinator. **When I asked for a week to think things over I was told; ok no problem.** I even asked how do I communicate this to you both (Trenae and Candy). I was told leave us an email on Tuesday. I said ok. So how do we go from clarification about a letter on yesterday; to leaving an email in a week; to just now in Nora's office of we accepted your resignation letter. Trenae and Candy was there. I looked at them and said: But you all just told me I had a week to tell you for sure what I am going to do since I thought I would be able to be PRN. Nora proceeded and said "We do not have PRN here at this time (never was that mentioned yesterday that there was NO PRN at all) and I have already talked to Brian and he said this is a resignation letter and we accept it so your last day is from the 11th of the day we received it on the 16th? I said again I did not resign. She said I can talk to Brian if I wanted and she was not going to argue with me. I said the 16th and walked out of the office. I guess this will never end. I do not know what all was told to Brian. Did they tell you (Brian) that they agreed to give me a week to think things over, or was it presented as here's the letter and that's it. Was it even expressed that I talked to Nora yesterday and what I said? Again I did not resign. Nowhere in that letter did I state my last day of employment or resigning. This is truly not morally right or fair in the workplace at all. Everyone desire to be treated fairly and I have not. Now do you see why I wanted to be PRN? This is unnecessary stress!!!!!!!!!.

*Yaminah Futch RN RAC-CT*
**MDS Coordinator**
*Delmar Gardens of Green Valley*
*100 Delmar Gardens Drive*
*Henderson, NV 89074*
*Office: (702) 361-6111 Ext 203*
*Fax: (702) 361-2508*
*yfutch@delmargardens.com*

CONFIDENTIALITY NOTICE: This message is intended only for the addressee(s). This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information. If you are not the

12

11/17/2020
Case 2:21-cv-00114-JAR-PNW Document 21 Filed 10/26/21 Page 17 of 19
Mds Coordinator PRN Jobs, Employment in Missouri | Indeed.com

| What | Mds Coordinator PRN |
|---|---|

| Where | Missouri |
|---|---|

Find Jobs

Healthcare > ... > ... > Registered Nurses

Date Posted ▼    Job Type ▼    Location ▼    Company ▼    Experience Level ▼

Mds Coordinator PRN jobs in Missouri

Sort by: relevance - date                                    Page 1 of 2 jobs ⓘ

---

**MDS Coordinator/Registered Nurse (PRN)**
Delmar Gardens Ent. 3.4
Chesterfield, MO 63017

  Apply with your Indeed Resume    Urgently hiring

• MDS experience in a senior care setting is required along with a Registered Nurse (RN) license in the state of Missouri.

(8 days ago)

---

We have removed 1 job posting very similar to those already shown. To see the additional result, you may repeat your search with the omitted job posting included.

© 2020 Indeed - Do Not Sell My Personal Information - Privacy Center - Cookies - Privacy - Terms

# Yaminah Futch

| | |
|---|---|
| **From:** | Yaminah Futch |
| **Sent:** | Tuesday, November 17, 2020 7:47 PM |
| **To:** | Candy Dooling; Trenae Hanaya; Shara Clark; Michelle Stenslie; Nora Cargile |
| **Cc:** | Brian Wiekrykas; Mariann Stone; Michele Blunt |
| **Subject:** | Emergency Stress Leave |

Due to the increase of stress level I am on a 7 day emergency stress (sick) leave per Doctors orders. I will be reevaluated on Tuesday 11/24/2020 to determine if I will be returning to work per my Psychiatrist review. All of the necessary documentation concerning this matter will be submitted after my next appointment on Tuesday 11/24/2020. I will not be in contact with anyone until next evaluation/appointment review on 11/24/2020.

Anything concerning care plans are in the care plan binder. Anything concerning MDS completion is on the dash. There are a few MDS that need completion and submitted by the am. For those that are unaware I ask for a FMLA packet about 2 weeks ago and did not fill it out yet. I know that does not matter at this time.

*Yaminah Futch RN RAC-CT*
**MDS Coordinator**
*Delmar Gardens of Green Valley*
*100 Delmar Gardens Drive*
*Henderson, NV 89074*
*Office: (702) 361-6111 Ext 203*
*Fax: (702) 361-2508*
*yfutch@delmargardens.com*

CONFIDENTIALITY NOTICE: This message is intended only for the addressee(s). This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information. If you are not the intended recipient, please be advised that any disclosure, copying, distribution, or use of any of the information contained in or attached to this e-mail transmission is prohibited. If you have received this e-mail transmission in error, please immediately notify us by reply e-mail or via telephone at 702-361-6111, and delete this e-mail from your system. Thank you in advance for your cooperation.

1



## CAL PSYCHIATRIC
### SERVICES
Akindele E. Kolade, MD
Board Certified Psychiatrist
Diplomat American Board of Psychiatry and Neurology

November 24, 2020

To whom it may concern,

This letter is to inform you that Yaminah Futch (D.O.B.: 02/22/1976) has been under my care since December 4, 2017 and has been diagnosed with F33.1 Major Depressive Disorder, F43.10 PTSD, and F41.1 Generalized Anxiety Disorder. Ms. Futch should be excused for not being able to come in to work from November 17, 2020 to November 24, 2020 due to increased work-related stress, and she will be able to go back to work on November 25, 2020. We scheduled Ms. Futch for a follow up in 30 days or earlier as needed. Thank you for your understanding regarding this matter.

If there's any questions or concerns, please call our office at (702)629-7490.

Sincerely,

Akindele Kolade, MD

Diplomate American Board of Psychiatry and Neurology

Board Certified in Child and Adolescent Psychiatry, Adult

Psychiatry and Addiction Medicine