ANDREW J. MARTONE, ESQ. (*pro hac vice*)
DAVID W. MORIN, ESQ. *(pro hac vice)*
**HESSE MARTONE, P.C.**
530 Maryville Centre Drive, Suite 250
St. Louis, Missouri 63141
Telephone:   (314) 862-0300
Facsimile:    (314) 862-7010
Email:         andymartone@hessemartone.com
                    davidmorin@hessemartone.com

MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. GRAY, ESQ. (NBN 14716)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89128
Telephone:   (702) 851-2180
Facsimile:    (702) 851-2189
Email:         mbourassa@blgwins.com
                    jfornetti@blgwins.com
                    vgray@blgwins.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YAMINAH S. FUTCH,<br><br>                    Plaintiff,<br><br>vs.<br><br>DELMAR GARDENS ENTERPRISE,<br><br>                    Defendants. | Case No.: 2:21-cv-01914-JAD-BNW<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL WITH PREJUDICE** |

# STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Yaminah S. Futch and Defendant Delmar Gardens Enterprises, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED this 20th day of April 2022

**HESSE MARTONE, P.C.**

By: /s/ David W. Morin
   Andrew J. Martone (admitted Pro Hac Vice)
   David W. Morin (admitted Pro Hac Vice)
   530 Maryville Centre Dr., Ste. 250
   St. Louis, Missouri 63141

**THE BOURASSA LAW GROUP**

By: /s/ Jennifer A. Fornetti
   MARK J. BOURASSA, ESQ. (NBN 7999)
   JENNIFER A. FORNETTI, ESQ. (NBN 7644)
   VALERIE S. GRAY, ESQ. (NBN 14716)
   2350 W. Charleston Blvd., #100
   Las Vegas, Nevada 89102

*Attorneys for Defendant*

DATED this 22nd day of April 2022.

**PRO SE**

By: /s/ Yaminah Futch
   Yaminah Futch
   9975 Peace Way, Unit 1144
   Las Vegas, Nevada 89147

*Pro se Plaintiff*

## ORDER re 2:21-cv-01914-JAD-BNW

Based on the parties' stipulation [ECF No. 31] under Federal Rule of Civil Procedure 41(a)(1)(ii), ORDERED that THIS ACTION IS DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to **CLOSE THIS CASE.**

DATED: 5-5-2022

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE